# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 12, 2010

No. 09-20357
Summary Calendar

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

ISIDRO GABALDON-MORALES,  also known as Isidro Morales Gabaldon, also known as Isidro Gavaldon-Morales, also known as Isidro Gabaldon

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas, Houston
USDC No. 4:08-cr-00588

Before BENAVIDES, PRADO, and SOUTHWICK, Circuit Judges..

PER CURIAM:[*]

The Federal Public Defender appointed to represent Isidro Gabaldon-Morales has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gabaldon-Morales has filed a response. Our independent review of the record,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

09-20357

counsel's brief, and Gabaldon-Morales's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5th Cir. R. 42.2.